# SUPREME COURT

# STATE OF CONNECTICUT

3:22-cv-00587 (VAB)

IN RE: COLE

September 13, 2022

## ORDER

On consideration of the certification request, filed on August 15, 2022, by the United States District Court for the District of Connecticut, it is hereby ordered that the Supreme Court preliminarily accepts the request as follows:

Whether Public Act 21-161 applies retroactively to debts incurred by the debtor before Public Act 21-161 took effect or prospectively.

Pursuant to Practice Book § 82-6 the parties shall file their initial briefs and appendices are due on or before October 31, 2022. A party wishing to file a reply brief must do so within twenty days of the filing of the last initial brief. Extensions of time will not be granted except for extraordinary cause.

By the Court,

/s/
Carl D. Cicchetti
Chief Clerk

Notice sent: September 14, 2022
Counsel of Record
Hon. Victor A. Bolden, United States District Judge
Clerk, United States District Court, District of Connecticut (New Haven)

220036